**Order entered April 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01607-CV

**DEBRA CHRIS MONTGOMERY KROUPA WILLIAMS, Appellant**

**V.**

**ROBERT WILLIAMS, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-17651-S**

## ORDER

Before the Court is appellant's April 25, 2013 motion to extend time to file a motion for rehearing and motion for rehearing en banc. We **GRANT** the motion. We **ORDER** appellant's motions received on April 25, 2013, filed as of the date of this order.

/s/    JIM MOSELEY
          JUSTICE